STEPHEN R. LESHER AND OTHERS, RESPONDENTS, *v.* EGIDUS ROESSNER, APPELLANT.

*Judgment for costs — lien of attorney upon.*

Where a defendant recovers a judgment for the costs of the action, his attorney has a lien thereon to the amount of the recovery, and the record of the judgment is notice to all the parties to the action of the existence of such lien.
*McGregor* v. *Comstock* (28 N. Y., 237) followed.

*Bowen v. True, 53 N. Y., 640; McGovern v. Payn, 32 Barb., 84.

APPEAL from a judgment in favor of the plaintiff, entered upon a verdict directed by the court.

*Francis C. Devlin,* for the appellant.

*C. J. G. Hall,* for the respondents.

Opinion by LAWRENCE, J.

DAVIS, P. J., and DANIELS, J., concurred.

Judgment affirmed, with costs.